# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMAN INTERNATIONAL INDUSTRIES, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>QSC, LLC,<br><br>　　　　Defendant. | No. 8:23-cv-00781-JAK (RAOx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE (DKT. 20)**<br><br>**JS-6: CASE TERMINATED** |

1

1 | Based on a review of the Stipulation of Dismissal With Prejudice (the "Stipulation" (Dkt. 20)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

The action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 7, 2023

_____
John A. Kronstadt
United States District Judge